**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

STEARNS BANK NATIONAL
ASSOCIATION,

      Plaintiff,

v.                                                          Case No: 8:12-cv-582-T-30MAP

DEBORAH A. ROSS, et al.,

      Defendants.

_____

## <u>ORDER OF DISMISSAL</u>

      Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Dkt. #17).  Upon review and consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1.      This cause is dismissed without prejudice.

      2.      All pending motions are denied as moot.

      3.      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida, this 16th day of July, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-582 dismiss 17.docx