UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEARNS BANK NATIONAL
ASSOCIATION,

    Plaintiff,

v.                         Case No: 8:12-cv-582-T-30MAP

DEBORAH A. ROSS, et al.,

    Defendants.
_____

**ORDER OF DISMISSAL**

Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Dkt. #17). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of July, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-582 dismiss 17.docx